**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| IN RE: | CASE NO. 08-53073 pjs |
| **Rene M. Semaan,** Debtor. | CHAPTER 13 |
| _____/ | JUDGE: Shefferly |

## NOTICE OF PROPOSED PLAN MODIFICATION

    Gregory T. Osment, Attorney for Debtor, pursuant to LBR 3015-2(b), 3015-1(b), and 11 USC 1329 has filed papers with the court in this bankruptcy case making the following change(s):

    1) Since the date of confirmation of the Chapter 13 Plan on August 23, 2008, Debtor has experienced a change in circumstances justifying a modification of her Plan in that Debtor is now gainfully employed with two different employers and has additional income to commit to the Chapter 13 Plan. The increase in disposable household income warrants an increase in the Debtor's Plan payment. Debtor hereby proposes to increase her Plan payment from $931.08/semi-monthly to $1,200.00/bi-weekly. Said proposed increase in Plan payments will cause a increase in the dividend to general unsecured creditors from 1 % to 29 %. Debtors also hereby propose to eliminate the term in the Order Confirming Plan requiring that the Debtor's Plan payment be increased to $1,023.64 / semi-monthly effective June 1, 2011 when the Debtor's 401K loan #2 is paid off as Debtor is presently no longer paying on 401K loan #2 as she now has a different employer. That in all other respects the Chapter 13 Plan and Order Confirming Plan shall remain in full force and affect. The proposed Plan modification will impact each class of creditors as follows. Class One, no impact anticipated. Class Two, no impact anticipated. Class Three, no impact anticipated. Class Four, no impact anticipated. Class Five, no impact anticipated. Class Six, no impact anticipated. Class Seven, no impact anticipated. Class Eight, it is anticipated that given the present level of Plan funding this class will experience an increase in the dividend of 1 % to a dividend of 29%.

    A Liquidation Analysis is attached as Exhibit "A". A Worksheet is attached as Exhibit "B". Debtor has filed amended Schedules "I" and "J" as ecf doc. #58.

    <u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

    If you do not want the court to allow these modifications, or if you want the court to consider your views on the motion, **within 21 days,** you or your attorney must:

    1. File with the court a written response or an answer, explaining your position at:

        United States Bankruptcy Court
        211 W. Fort Street, Suite 2100
        Detroit, Michigan 48226

    Your response or answer must comply with F.R.Civ.P.8(b), ( c) and (e).

    If you mail your response to the court for filing, you must mail it early enough so the **Court will receive it** on or before the date stated above.

    You must also mail a copy to :

        **GREGORY T. OSMENT,** Attorney at Law, 13 Washington Street, Ste.#1, Monroe, MI. 48161.

        **KRISPIN S. CARROLL,** Chapter 13 Trustee, 719 Griswold, Suite 1100, Detroit, MI 48226.

    2. If a served response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

     If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objections and may enter an order granting that relief.

Dated: December 6, 2010                                /s/ Gregory T. Oment
                                                                         GREGORY T. OSMENT (P41385)
                                                                         Attorney for Debtor(s)
                                                                         13 Washington Street
                                                                         Monroe, MI. 48161
                                                                         (734) 242-4441
                                                                         gtoesq@sbcglobal.net

## N. LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY [LBR 3015-1(b)(1)]:

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| PERSONAL RESIDENCE | 170,000.00 | 166,084.88 | 3,915.12 | 3,915.12 | 0.00 |
| VEHICLES | 4,495.00 | 1,295.92 | 3,199.08 | 3,199.08 | 0.00 |
| HHG/PERSONAL EFFECTS | 440.00 | 0.00 | 440.00 | 440.00 | 0.00 |
| JEWELRY | 50.00 | 0.00 | 50.00 | 50.00 | 0.00 |
| CASH/BANK ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER | 20,560.65 | 6,907.62 | 13,653.03 | 13,653.03 | 0.00 |

Amount available upon liquidation $ 0.00

Less administrative expenses and costs $ 0.00

Less priority claims $ 1,377.97

Amount Available in Chapter 7 $ 0.00

/s/ Gregory T. Osment
Gregory T. Osment P41385
Attorney for Debtor
Gregory T. Osment & Assoc. PLLC
13 Washington Street, Suite 1
Monroe, MI 48161

gtoesq@sbcglobal.net
(734) 242-4441 Fax:(734) 242-2855
Phone Number

/s/ Rene M. Semaan
Rene M. Semaan
Debtor


Joint Debtor

July 24, 2008
Date

## WORKSHEET

1. Length of Plan is _____ weeks; __60__ months; _____ years.

   Debtor #1:

2. $ __1,200.00__ per pay period x __65__ (bi-weekly) pay periods per Plan = $ __78,000.00__ total per Plan

   Debtor #2:

   $ _____ per pay period x _____ ( ) pay periods per Plan = $ _____ total per Plan

3. $ _____ per period x _____ periods in Plan = _____

4. Sums paid into the Plan as of 12/06/2010 the date of filing of the Notice of Proposed Plan Mod: __41,154.00__

5. Equals total to be paid into the Plan __119,154.00__

6. Estimated trustee's fees __7,197.24__

7. Estimated attorney fees and costs __5,000.00__

8. Total priority claims __1,377.97__

9. Total installment mortgage or other long-term debt payments __82,348.49__

10. Total of arrearage including interest __4,374.53__

11. Total secured claims, including interest __573.69__

    Total of items 6 through 11 $ __100,871.92__

12. Funds available for unsecured creditors (item 5 minus item 11) $ __18,282.08__

13. Total unsecured filed claims $ __61,679.92__

14. Estimated percentage to unsecured creditors under Plan (item 12 divided by item 13) __29 %__

15. Estimated dividend to general unsecured creditors if Chapter 7, (see liquidation analysis attached) $ __0.00__

COMMENTS:

# IN THE BANKRUPTCY COURT OF THE UNITED STATES
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION-DETROIT

**In re:**                                                         Case No. 08-53073 pjs
**RENEE M. SEMAAN,**                      Chapter 13
_____ Debtor._____     HON. PHILLIP J. SHEFFERLY
_____/

## CERTIFICATE OF SERVICE

    I hereby certify that on December 6, 2010, I served the following paper: **NOTICE OF PROPOSED PLAN MODIFICATION, EXHIBITS "A", "B", and CERTIFICATE OF SERVICE** on the following parties at these addresses:

    * All Non-ECF Participants listed on Attachment "A".

By the following means:

    U.S. Postal Service.

Dated: December 6, 2010                              /s/Gregory T. Osment_____
                                                                       Gregory T. Osment P41385
                                                                       Gregory T. Osment & Assoc. PLLC
                                                                       13 Washington Street
                                                                       Monroe, MI 48161
                                                                       (734) 242-4441
                                                                       gtoesq@sbcglobal.net

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 08-53073-pjs<br>Eastern District of Michigan<br>Detroit<br>Mon Dec  6 12:20:28 EST 2010 | 2<br>211 West Fort Street<br>Detroit, MI 48226-3244 | 16th Judicial District Court<br>15140 Farmmington Rd.<br>Case No. 08-00874-GC<br>Livonia, MI 48154-5449 |
| ARROW FINANCIAL SERVICES, LLC<br>c/o Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | AT&T<br>P.O. Box 8100<br>Aurora, IL 60507-8100 | AT&T C/O Allied Interstate<br>3200 Northline Ave. ste. 160<br>Greensboro, NC 27408-7613 |
| Advance America Cash Advance<br>29209 Plymouth<br>Livonia, MI 48150-2392 | Advance America Cash Advance<br>31188 5 Mile Rd.<br>Livonia, MI 48154-3642 | BAC Home Loan Servicing, LP<br>Bankruptcy Department<br>2380 Performance Drive<br>Mail Stop TX2-984-05-03<br>Richardson, TX 75082-4333 |
| Bank of America<br>POB 15726<br>Wilmington, DE 19886-5726 | Beneficial<br>16124 Middlebelt Rd.<br>Livonia, MI 48154-3338 | Better Homes and Gardens<br>1716 Locust St.<br>Des Moines, IA 50309-3038 |
| Botosford Hospital<br>C/O Diversified Receivables Management<br>P.O. Box 2560<br>Ann Arbor, MI 48106-2560 | Bright House<br>14525 Farmington Rd.<br>Livonia, MI 48154-5405 | CMI Group LP<br>4200 International Pkwy.<br>Carrollton, TX 75007-1930 |
| Capital One<br>P.O. Box 60024<br>City Of Industry, CA 91716-0024 | Care Credit GE Money Bank<br>P.O. Box 960061<br>Orlando, FL 32896-0061 | Catherines<br>P.O. Box 856044<br>Louisville, KY 40285-6044 |
| Chase Bank USA<br>800 Brooksedge Blvd.<br>Westerville, OH 43081-2822 | Chase Bank USA,N.A<br>P O Box 740933<br>Dallas,Tx 75374-0933 | Chase Card Member Services<br>P.O. Box 94014<br>Palatine, IL 60094-4014 |
| City of Livonia<br>Water Dept.<br>33000 Civic Center Drive<br>Livonia, MI 48154-3060 | Countrywide Home Loans<br>P.O. Box 650070<br>Dallas, TX 75265-0070 | Countrywide Home Loans, Inc.<br>2375 N Glenville Dr<br>Richardson, TX 75082-4315 |
| Dearborn Village Community Credit Union<br>4353 Maple St.<br>Dearborn, MI 48126-3535 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Encore Recivables Collections Management<br>P.O. Box 3330<br>Olathe, KS 66063-3330 | GEMB<br>P.O. Box 981127<br>El Paso, TX 79998-1127 | HSBC Bank Nevada, N.A.<br>eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712-1083 |

| | | |
|---|---|---|
| Holzman, Ritter & Leduc, PLLC<br>28366 Franklin Road<br>Southfield, MI 48034-5503 | JC Penney C/O GE Money Bank<br>C/O Professional Bureau of Collections<br>P.O. box 628<br>Elk Grove, CA 95759-0628 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>ST CLOUD MN 56302-7999 |
| Joan Borowicz<br>2936 22nd St.<br>Wyandotte, MI 48192-5306 | Joseph Polak<br>18725 Flamingo<br>Livonia, MI 48152-4319 | Kohls<br>N56W17000 Ridge<br>Menomonee Falls, WI 53051 |
| LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Livonia Radiology<br>14555 Levan Ste. 310<br>Livonia, MI 48154-5085 | MACYS RETAIL HOLDINGS, INC.<br>TSYS DEBT MGMT., INC.<br>PO BOX 137<br>COLUMBUS, GA 31902-0137 |
| Macy's<br>P.O. Box 689195<br>Des Moines, IA 50369-0001 | Marcy J. Ford<br>Trott & Trott, P.C.<br>31440 Northwestern Highway, Suite 200<br>Farmington Hills, MI 48334-5422 | Medical Financial Solution<br>2000 Town Center Ste 1100<br>Southfield, MI 48075-1251 |
| Medical Financial Solution<br>P.O. Box 773156<br>Chicago, IL 60677-0001 | Merrill Lynch<br>C/O Sedgwick Claims Management Srvcs<br>1100 Ridgeway Loop Rd.<br>Memphis, TN 38120-4053 | Michigan Deptartment of Treasury<br>Dept. #77569<br>P.O. Box 77000<br>Detroit, MI 48277-0569 |
| Motor City Casino<br>C/O Certegy Payment Recovery Services<br>11601 Roosevelt Blvd.<br>Saint Petersburg, FL 33716-2202 | NAFS<br>165 Lawrence Bell Dr. ste. 100<br>P.O. Box 9027<br>Williamsville, NY 14231-9027 | NES<br>29125 Solon Rd.<br>Solon, OH 44139-3442 |
| Nissan Motors Acceptance Corp.<br>8900 Freefort Parkway<br>Irving, TX 75063-2438 | North Shore Agency<br>P.O. Box 8901<br>Westbury, NY 11590-8901 | Parisian C/O Retail Services<br>Dept. 7680<br>Carol Stream, IL 60116-0001 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Providence Hospital<br>27800 Dequindre Rd.<br>Warren, MI 48092-5601 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| Remittance Processing<br>334 SW 87th St.<br>Des Moines, IA 50309 | Ronald Drzyzga<br>2480 8th St.<br>Wyandotte, MI 48192-4319 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 |
| SPIRIT OF AMERICA NATIONAL BANK/CATHERINES<br>FIRST EXPRESS<br>PO BOX 856044<br>LOUISVILLE, KY 40285-6044 | ST MARYS MERCY C/O MMCC<br>ACCT# 5045362<br>6324 TAYLOR DR. FLINT, MI 48507 | ST MARYS MERCY C/O MMCC<br>ACCT# 5412958<br>6324 TAYLOR DR. FLINT, MI 48507 |

| | | |
|---|---|---|
| Sandy Beri<br>7310 Sunshine Skyway Lane S. #118<br>Saint Petersburg, FL 33711-4978 | Sears<br>8725 W. Sahara<br>The Lakes, NV 89163-0001 | Shermeta & Adams, P.C.<br>P.O. Box 5016<br>Rochester, MI 48308-5016 |
| St. John Providence Hospital<br>Box 773156 Solutions Rd.<br>Chicago, IL 60677-3001 | St. Mary Mercy Hospital<br>36475 Five Mile Rd.<br>Livonia, MI 48154-1988 | St. Mary's<br>M&M Merchant<br>6324 Taylor Dr.<br>Flint, MI 48507-4680 |
| State of Michigan<br>Department of Treasury<br>Collections Division<br>Treasury Building<br>Lansing, MI 48922-0001 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Target<br>P.O. Box 59317<br>Minneapolis, MN 55459-0317 |
| Verizon<br>777 Big Timber Rd.<br>Elgin, IL 60123-1401 | Verizon Wireless<br>777 Big Timber Rd.<br>Elgin, IL 60123-1401 | Verizon Wireless Midwest<br>P.O. Box 3397<br>Bloomington, Il 61702-3397 |
| Wells Fargo C/O Associated Credit Servic<br>105B South St.<br>P.O. Box 9100<br>Hopkinton, MA 01748-9100 | Wells Fargo Financial<br>3201 N. 4th Ave.<br>Sioux Falls, SD 57104-0700 | Wells Fargo Financial Michigan Inc<br>4137 121st Street<br>Urbandale IA 50323-2310 |
| Zwicker and Associaltes<br>P.O. Box 9043<br>Andover, MA 01810-0943 | eCAST Settlement Corporation<br>C/O Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712-1083 | eCAST Settlement Corporation assignee of<br>Capital One Bank<br>POB 35480<br>Newark NJ 07193-5480 |
| eCAST Settlement Corporation assignee of<br>Chase Bank USA NA<br>POB 35480<br>Newark NJ 07193-5480 | eCAST Settlement Corporation assignee of<br>FIA Card Services aka Bank of America<br>POB 35480<br>Newark NJ 07193-5480 | eCAST Settlement Corporation assignee of<br>Household Finance Corporation/Beneficial<br>POB 35480<br>Newark NJ 07193-5480 |
| Gregory T. Osment<br>13 Washington Street<br>Suite 1<br>Monroe, MI 48161-2298 | Krispen S. Carroll<br>719 Griswold<br>1100 Dime Building<br>Detroit, MI 48226 | Rene M. Semaan<br>18725 Flamingo<br>Livonia, MI 48152-4319 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Discover<br>P.O. Box 15316<br>Wilmington, DE 19850 | Portfolio Recovery Associates<br>PO Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>P.O. BOX 41067<br>Norfolk, VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BAC Home Loans Servicing, L.P. fka Country        (u)Countrywide Home Loans, Inc.        (u)Dearborn Village Community Credit Union

End of Label Matrix
Mailable recipients    83
Bypassed recipients     3
Total                  86