IN THE BANKRUPTCY COURT OF THE UNITED STATES
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

In re:                                            Case No. 08-53073 pjs
**RENE M. SEMAAN,**                               Chapter 13
      Debtor.                    HON. PHILLIP J. SHEFFERLY
_____/

### STIPULATION RESOLVING TRUSTEE'S MOTION TO DISMISS

The above named Debtor having filed a Petition for relief under Chapter 13 of the Bankruptcy Code with the Plan being confirmed, and the Debtor having failed to make all required Plan payments and the Trustee having filed a Motion to Dismiss for Failure to Make Payments Under Chapter 13 Plan with the Debtor filing a Response in opposition, with both parties now agreeing to a resolution of the matter by way of a future default clause and a 30 day cure period;

IT IS HEREBY STIPULATED AND AGREED, that in the event that Debtor fails to make any future Chapter 13 Plan payments, the Trustee may submit a notice of default, served upon Debtor and Debtor's counsel and permitting 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor fails to cure the defaults in payments after having been provided notice under the provisions of this Stipulation, then the Trustee may submit and Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments and the proceedings may be thereafter dismissed without a further hearing or notice.

| | |
|---|---|
| /s/Krispin S. Carroll | /s/Gregory T. Osment |
| KRISPIN S. CARROLL | Attorney for Debtor(s): |
| Chapter 13 Trustee | GREGORY T. OSMENT (P41385) |
| 719 Griswold, 1100 Dime Building | 13 Washington St. |
| Detroit, MI 48226 | Monroe, MI. 48161 |
| notice@det13ksc.com | gtoesq@sbcglobal.net |